# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 21-42394-399 |
| | ) | Chapter 13 |
| **SHANNON ANTOINETTE WESLEY**, | ) | |
| | ) | |
| Debtor/Movant, | ) | |
| | ) | |
| vs. | ) | Re: Motion No. 34 |
| | ) | |
| **DIANA S. DAUGHERTY**, | ) | |
| | ) | |
| Trustee/Respondent. | ) | |

## CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of the Debtor's Motion to Incur Debt in accordance with Local Bankruptcy Rules have been served with the foregoing Motion and the time for response has passed. No responses in opposition have been filed or any responses in opposition have been resolved. Movant requests the Court enter the proposed order.

<u>Date: December 7, 2021</u>   */s/ Timothy Powderly*
Timothy P. Powderly, #64092MO
11965 St. Charles Rock Rd., Suite. 202
St. Louis, MO 63044
Tel: 314-770-9890/ 314-739-1355
Tim@Powderlylaw.com
ATTORNEY FOR DEBTOR

## ORDER

Upon the filing of the Debtor's Motion to Incur Debt (the "Motion"), for good cause shown and upon careful review of the record in this case, it is accordingly

**ORDERED** that the Motion be and it is hereby **GRANTED** in that the Debtor is allowed to incur debt to purchase a replacement vehicle. The Debtor may borrow up to $24,000.00 with the interest rate not to exceed 24.00%. The repayment amount shall be no more than $445.00 per month over a period of 72 months.

DATED: December 7, 2021
St. Louis, Missouri
jah

Barry S. Schermer
United States Bankruptcy Judge

**Order prepared by:**

**Timothy Patrick Powderly**
The Powderly Law Firm, L.L.C.
11965 St. Charles Rock Rd.
Suite 202
St. Louis, MO 63044
ATTORNEY FOR DEBTOR

**Copies to:**

**Timothy Patrick Powderly**
The Powderly Law Firm, L.L.C.
11965 St. Charles Rock Rd.
Suite 202
St. Louis, MO 63044
ATTORNEY FOR DEBTOR

**Shannon Antoinette Wesley**
1018 Wildcherry LN
Saint Louis, MO 63130
DEBTOR

**Diana S. Daugherty**
PO Box 430908
St. Louis, MO 63143
CHAPTER 13 TRUSTEE

**Office of the United States Trustee**
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
U.S. TRUSTEE